IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

CORY T. BROWN,

    Defendant.

Criminal Action No.
22-00166-02-CR-W-DGK

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE:** Count Three - Felon in possession of a firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
    Case Agent: FBI Special Agent Douglas McKelway
    Defense for Brown: Michael Belancio

**OUTSTANDING MOTIONS**:
- Defendant's Brown's Motion to Suppress (Doc. 76)
- Defendant's Sealed Objection to Disqualification Order (Doc. 120)
- Government's Motion for Leave to File Notice of Rule 404(b) Evidence Out of Time (Doc. 135)

**ANTICIPATED MOTIONS**: Both parties anticipate filing motions in limine.

**TRIAL WITNESSES**:
    Government: 14 with stipulations; 15 without stipulations
    Defense: less than 5 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 100-150 exhibits
    Defense: less than 50 exhibits

**DEFENSES**:
    ( x ) defense of general denial
    (   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( x ) Definitely for trial        ( ) Possibly for trial
      ( ) Motion to continue to be filed        ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days**
    Government's case including jury selection: 1 ½ days
    Defense case: ½ day

**STIPULATIONS**:
    ( x )    likely as to:
           ( )    chain of custody
           ( )    chemist's reports
           ( x )    prior felony conviction
           ( )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:    None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: March 6, 2023
    Defense: March 6, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    March 6, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: March 6, 2023

    Without objection, Defendant's **expert witness report deadline** is extended until March 9, 2023.    Defendant is required to identify said expert by March 6, 2023.

**TRIAL SETTING**: Criminal jury trial docket commencing March 20, 2023
    **Please note**:    *The Government requests the second week due to unavailability of its DNA expert during the first week of the docket.*

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                       */s/ Jill A. Morris*
                                                       JILL A. MORRIS
                                                       United States Magistrate Judge