IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-00166-02-CR-W-DGK |
| CORY T. BROWN, | |
| Defendant. | |

**VERDICT FORM**

We, the jury, find the defendant, Cory T. Brown, __Guilty__ of the crime of
(guilty/not guilty)

being a felon in possession of a firearm, as charged in the Indictment.

__3/30/23__  
DATE

__[signature]__  
FOREPERSON OF THE JURY

28