IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 22-00166-02-CR-W-DGK |
| CORY T. BROWN, | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is defense counsel's Motion to Withdraw. (Doc. 28) Defendant Brown was convicted of one count of being a felon in possession of a firearm under 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Doc. 189) After trial, Defendant Brown retained Mr. Sternberg to represent him in his sentencing proceedings. (Doc. 221) A sentencing hearing is set for January 24, 2024. (Doc. 238) The Court notes that counsel was retained in this case and no replacement counsel has been identified. It is therefore

ORDERED that Defendant has until January 19, 2024, to have another attorney enter his/her appearance. It is further

ORDERED that until replacement counsel enters an appearance or alternate representation is otherwise addressed, Mr. Sternberg's motion to withdraw remains under advisement.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE